No. D–996.  IN RE DISBARMENT OF BERGMANN.  Disbarment entered.  [For earlier order herein, see 499 U. S. 973.]

No. D–1014.  IN RE DISBARMENT OF BENNETT.  It is ordered that R. Jerry Bennett, of Colorado Springs, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1015.  IN RE DISBARMENT OF BURKE.  It is ordered that Robert B. Burke, of Philadelphia, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1016.  IN RE DISBARMENT OF GAMER.  It is ordered that Harold M. Gamer, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1017.  IN RE DISBARMENT OF CARONNA.  It is ordered that Anthony S. Caronna, of Brooklyn, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1018.  IN RE DISBARMENT OF HAYDEN.  It is ordered that John J. Hayden, of Goshen, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1019.  IN RE DISBARMENT OF TURNER.  It is ordered that James Henry Turner, of St. Petersburg, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 111, Orig.  DELAWARE v. NEW YORK.  Motion of Georgia and Maine for leave to file a complaint in intervention referred to the Special Master.  [For earlier order herein, see, e. g., 498 U. S. 979.]